*E-FILED: August 13, 2013*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONICA MARTINEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) | Case Number: 12-CV-05355 HRL <br><br> **ORDER APPOINTING PRO BONO COUNSEL** |

Because the Plaintiff has requested and is in need of counsel to assist her in this matter, and volunteer attorneys are willing to be appointed to undertake this representation at the request of the Federal Legal Assistance Self Help program ("FLASH"), Christopher Kao and Lauren Cohen, of law firm Perkins, Coie, are hereby appointed as counsel for Plaintiff in this matter, pursuant to the Guidelines of the Federal Pro Bono Project.

Counsel is appointed for the limited scope of briefing Plaintiff's motion for summary judgment.

All proceedings in this action are hereby stayed until four weeks from the date of this Order.

IT IS SO ORDERED.

Dated: ____8/13/13_____

The Honorable Howard Lloyd,
United States Magistrate Judge

**C 12-05355 HRL Order will be electronically mailed to:**

Alex Gene Tse alex.tse@usdoj.gov, USACAN.SSA@usdoj.gov, yvette.baird@usdoj.gov

**C 12-05355 HRL Order will be mailed to:**

Armand D. Roth
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105-1545

Monica S Martinez
732 Banff Street
San Jose, CA 95116

Christopher Kao
Lauren Cohen
Perkins, Coie LLP
3150 Porter Drive
Palo Alto CA 94303

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**