PERKINS COIE LLP
Christopher Kao (No. 237716)
ckao@perkinscoie.com
Lauren B. Cohen (No. 285018)
lcohen@perkinscoie.com
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:  650.838.4300
Facsimile:  650.838.4350

Attorneys for Plaintiff
Monica Martinez

*E-Filed: September 13, 2013*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONICA MARTINEZ,<br><br>         Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>         Defendant. | Case No. 12-CV-05355 HRL<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING TIME AND [PROPOSED] ORDER**<br><br>Judge:     Hon. Howard R. Lloyd |

1    Pursuant to Civil Local Rule 6-2(a), Plaintiff Monica Martinez and Defendant Carolyn W.
2    Colvin, Acting Commissioner of Social Security, by and through their undersigned counsel,
3    jointly request that the motion for summary judgment deadlines be extended as set forth herein.
4    On August 13, 2013, the Court appointed *pro bono* counsel for the Plaintiff and stayed all
5    proceedings in the case for four weeks. [Order Appointing Pro Bono Counsel, Dkt. No. 12].
6    However, given scheduling conflicts, Plaintiff's *pro bono* counsel were not able to meet with
7    Plaintiff until August 27, 2013. Additionally, Plaintiff's *pro bono* counsel will be out of the
8    country on business during the deadline for the motion for summary judgment. Plaintiff's *pro
9    bono* counsel require more time to properly prepare Plaintiff's motion for summary judgment.
10   The Parties have conferred and respectfully request that the Court order an extension of
11   time to file the motions for summary judgment as follows: (1) Plaintiff's motion for summary
12   judgment shall be filed by October 28, 2013; (2) Defendant's opposition brief shall be filed by
13   November 25, 2013; and (3) Plaintiff's reply brief shall be filed by December 9, 2013.
14   There have been no previous time modifications in this case.
15   THE PARTIES HEREBY STIPULATE AS FOLLOWS:
16   1.  Plaintiff's motion for summary judgment shall be filed by October 28, 2013.
17   2.  Defendant's opposition brief shall be filed by November 25, 2013.
18   3.  Plaintiff's reply brief shall be filed by December 9, 2013.
19   The Declaration of Lauren Cohen is filed herewith in compliance with Civil Local Rule
20   6-2(a). The Parties do not anticipate that the requested extension of time to file the motion for
21   summary judgment will affect other deadlines in this case.

DATED:  August 28, 2013            **PERKINS COIE LLP**

By: /s/ Lauren Cohen
    Lauren B. Cohen (SBN 285018)
    lcohen@perkinscoie.com

Attorneys for Plaintiff
Monica Martinez


DATED:  August 28, 2013            **SOCIAL SECURITY ADMINISTRATION**

By: /s/ Armand Roth
    Armand Roth (SBN 214624)
    armand.roth@ssa.gov

Attorneys for Defendant
Carolyn W. Colvin
Acting Commissioner of Social Security


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  __September 11__, 2013

_____
Hon. Howard R. Lloyd
United States Magistrate Judge